UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN SHALLOW,<br><br>                              Plaintiff,<br><br>        -against-<br><br>UNITED STATES OF AMERICA; DOJ,<br><br>                              Defendants. | 25-cv-7645 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 25, 2025, order, this action is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 26, 2025
         New York, New York

                                              /s/ Louis L. Stanton
                                              LOUIS L. STANTON
                                              United States District Judge